IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DEWAYNE CORNELL JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 3:25-cv-70 (TES-AGH) |
| | * |
| WALTON COUNTY SHERIFF'S OFFICE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 15, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk